**Motion Denied; Order filed January 29, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00410-CV

_____

### DOV AVNI KAMINETZKY, Appellant

### V.

### DOSOHS I, LTD, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 1997-40590**

## ORDER

Appellant's brief was originally due October 13, 2014. We granted two extensions of time to file appellant's brief until January 5, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 20, 2015, appellant filed a further request for extension of time to file appellant's brief. To date, appellant has submitted no brief. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before February 12, 2015. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justice Boyce, Christopher, and Wise.